UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTORIA LEMPINEN, on behalf of herself and all others similarly situated,<br><br>        *Plaintiff*,<br><br>  v.<br><br>HEALTHEC, LLC,<br><br>        *Defendant*. | Civil Action No. 2:24-cv-00026-JKS-ESK<br><br>**ORDER** |
| DESTINY PALMITER, on behalf of herself and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>HEALTHEC, LLC,<br><br>        *Defendants*. | Civil Action No. 2:24-cv-00027-JKS-ESK |
| JONI FIELDER and KEITHER FIELDER, on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>HEALTHEC, LLC and OAKWOOD ACCOUNTABLE CARE ORGANIZATION, LLC,<br><br>        *Defendants*. | Civil Action No. 2:24-cv-00031-JKS-ESK |
| GREGORY LEEB, on behalf of himself and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>HEALTHEC, LLC,<br><br>        *Defendant*. | Civil Action No. 2:24-cv-00036-JKS-ESK |

| | |
|---|---|
| HEATHER RANDALL, on behalf of herself and all others similarly situated,<br><br>      *Plaintiff*,<br><br> v.<br><br>HEALTHEC, LLC,<br><br>      *Defendant*. | Civil Action No. 2:24-cv-00087-JKS-ESK |
| JESSICA SCHROEDER, on behalf of herself and all others similarly situated,<br><br>      *Plaintiff*,<br><br> v.<br><br>HEALTHEC, LLC,<br><br>      *Defendant*. | Civil Action No. 2:24-cv-00096-JKS-ESK |
| ALLAN BISHOP, on behalf of himself and all others similarly situated,<br><br>      *Plaintiff*,<br><br> v.<br><br>HEALTHEC, LLC,<br><br>      *Defendant*. | Civil Action No. 2:24-cv-00146-JKS-ESK |
| NICHOLAS KHIFRAN, on behalf of himself and all others similarly situated,<br><br>      *Plaintiff*,<br><br> v.<br><br>HEALTHEC, LLC,<br><br>      *Defendant*. | Civil Action No. 2:24-cv-00148-JKS-ESK |

| | |
|---|---|
| BREE MARANO, on behalf of herself and all others similarly situated,<br><br>     *Plaintiff*,<br><br> v.<br><br>HEALTHEC, LLC,<br><br>     *Defendant*. | Civil Action No. 2:24-cv-00153-JKS-ESK |
| BRENDA LITTLE and MINDY MARKOWITZ, on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br> v.<br><br>HEALTHEC, LLC,<br><br>     *Defendant*. | Civil Action No. 2:24-cv-00172-JKS-ESK |
| LAWRENCE TERRELL BLACK, JR., on behalf of himself and all others similarly situated,<br><br>     *Plaintiff*,<br><br> v.<br><br>HEALTHEC, LLC and OAKWOOD ACCOUNTABLE CARE ORGANIZATION, LLC,<br><br>     *Defendants*. | Civil Action No. 2:24-cv-00232-JKS-ESK |
| JESSICA FENN, on behalf of herself and all others similarly situated,<br><br>     *Plaintiff*,<br><br> v.<br><br>HEALTHEC, LLC,<br><br>     *Defendant*. | Civil Action No. 2:24-cv-00258-JKS-ESK |

| | |
|---|---|
| TRUNETTA ROACH, on behalf of herself and all others similarly situated,<br><br>    *Plaintiff*,<br><br> v.<br><br>HEALTHEC, LLC,<br><br>    *Defendant*. | Civil Action No. 2:24-cv-00281-JKS-ESK |
| KATHLEEN FIGUREL, on behalf of herself and all others similarly situated,<br><br>    *Plaintiff*,<br><br> v.<br><br>HEALTHEC, LLC, and OAKWOOD ACCOUNTABLE CARE ORGANIZATION, LLC d/b/a BEAUMONT ACO,<br><br>    *Defendants*. | Civil Action No. 2:24-cv-00300-JKS-ESK |
| GLENN LATIMER, on behalf of himself and all others similarly situated,<br><br>    *Plaintiff*,<br><br> v.<br><br>HEALTHEC, LLC,<br><br>    *Defendant*. | Civil Action No. 2:24-cv-00347-JKS-ESK |

 IT HAVING BEEN STIPULATED AND AGREED by Plaintiffs and Defendants HealthEC, LLC and Oakwood Accountable Care Organization, LLC ("Defendants") in the above-captioned matters, through their respective counsel, as follows (*see* ECF No. 5):

 WHEREAS, all fifteen of the above-captioned actions (the "Actions") seek to represent a class of individuals affected by the cyber security incident disclosed by Defendant HealthEC, LLC

in December 2023, with substantially similar questions of fact and law, such that consolidation under Rule 42 of the Federal Rules of Civil Procedure and Local Rule 42.1 will serve the Court, the Parties, and the interests of justice by maximizing efficiency, minimizing redundancies, and eliminating the threat of inconsistent rulings;

NOW THEREFORE, the Parties through their respective counsel and subject to the Court's approval hereby stipulate and agree that:

1. Pursuant to Fed. R. Civ. P. 42(a), the above-captioned Actions, Civil Action Nos. 2:24-cv-00026, 2:24-cv-00027, 2:24-cv-00031, 2:24-cv-00036, 2:24-cv-00087, 2:24-cv-00096, 2:24-cv-00146, 2:24-cv-00148, 2:24-cv-00153, 2:24-cv-00172, 2:24-cv-00232, 2:24-cv-00258, 2:24-cv-00281, 2:24-cv-00300, and 2:24-cv-00347 are hereby consolidated for all purposes.

2. The Clerk shall establish a Docket for the Actions under Civil Action No. 2:24-cv-00026. All papers filed in the Actions shall be filed on the Docket and shall bear the caption:

| IN RE: HEALTHEC LLC DATA BREACH LITIGATION | Civil Action No.: 2:24-cv-00026 |
|---|---|

3. Any actions related to the Actions that are subsequently filed in or transferred to this District, or to be filed or transferred, **MAY** be consolidated **WITH THE CONSENT** of counsel from the subsequently-filed or transferred actions.

4. Service shall be deemed complete once Defendants have been served with the complaint in one of the above-captioned Actions.

5. Defendants' time to answer, move, or otherwise respond to the complaints in the above-captioned Actions is suspended.

6. After the appointment of interim class counsel, Plaintiffs and Defendants shall meet and confer with respect to a schedule for Plaintiffs to file a consolidated complaint and for Defendants to answer, move, or otherwise respond to the consolidated complaint.

7.    Except as to the defense of insufficiency of service of process and insufficiency of process in these Actions, no defense of the Defendants is prejudiced or waived by such Defendant's executing, agreeing to, joining, or filing the Stipulation at ECF No. 5.

SO ORDERED this **29th** day of **January**, 2024.


*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES MAGISTRATE JUDGE**